**FEARS NACHAWATI PLLC**
ERIC POLICASTRO (SBN CA 264605)
epolicastro@fnlawfirm.com
5473 Blair Road
Dallas, TX 75070
Telephone: 214.890.0711
Facsimile: 214.890.0712

Attorney for Plaintiffs
ANILA KOMOSA and ADAM KOMOSA

**GREENBERG TRAURIG, LLP**
DANIELL K. NEWMAN (SBN 242834)
newmandk@gtlaw.com
1840 Century Park East, Ste. 1900
Los Angeles, California 90067
Telephone:  310.586.7700
Facsimile:  310.586.7800

Attorney for Defendants
C. R. BARD, INC. and
BARD PERIPHERAL VASCULAR INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILA KOMOSA and ADAM KOMOSA,<br><br>Plaintiffs,<br><br>vs.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | CASE NO.: 2:21-cv-01769-SAB-PLA<br><br>Assigned to Hon. Stanley Bastian<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Anila Komosa and Adam Komosa's claims in the above-captioned matter be dismissed without prejudice, each party to bear its own costs. This Stipulation dismisses all of Plaintiffs' claims against all parties in the above-captioned civil action, including those parties who have not entered their appearance and/or signed the stipulation.

DATED this 18th day of August 2021.

| FEARS NACHAWATI, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Eric Policastro | By: /s/ Daniell K. Newman |
| Eric Policastro | Daniell K. Newman |
| *Attorney for Plaintiffs* | *Attorney for C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Eric Policastro, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

GREENBERG TRAURIG, LLP

By: /s/ Daniell K. Newman

Daniell K. Newman